# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-2-PPS-JEM |
| | ) | |
| JOSE LUIS RUIZ-MEDINA, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT JOSE LUIS RUIZ-MEDINA**

TO:   THE HONORABLE PHILIP P. SIMON,
      UNITED STATES DISTRICT COURT

Upon Defendant Jose Luis Ruiz-Medina's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on January 14, 2015, with the consent of Defendant Jose Luis Ruiz-Medina, counsel for Defendant Jose Luis Ruiz-Medina, and counsel for the United States of America.

The hearing on Defendant Jose Luis Ruiz-Medina's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jose Luis Ruiz-Medina under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jose Luis Ruiz-Medina,

**I FIND** as follows:

(1) that Defendant Jose Luis Ruiz-Medina understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jose Luis Ruiz-Medina understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Jose Luis Ruiz-Medina understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jose Luis Ruiz-Medina understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jose Luis Ruiz-Medina has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jose Luis Ruiz-Medina is competent to plead guilty;

(6) that Defendant Jose Luis Ruiz-Medina understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jose Luis Ruiz-Medina's plea; and further,

**I RECOMMEND** that the Court accept Jose Luis Ruiz-Medina's plea of guilty to the offense charged in Count 1 of the Information and that Defendant Jose Luis Ruiz-Medina be adjudged guilty of the offense charged in Count 1 of the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jose Luis Ruiz-Medina be adjudged guilty, sentencing before Chief Judge Philip P. Simon will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 14th day of January, 2015.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
      Honorable Philip P. Simon