UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No.: 2:15 CR 2 PPS JEM |
| | ) | |
| JOSE LUIS RUIZ-MEDINA | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jose Luis Ruiz-Medina [DE 9]. No objections have been filed to Magistrate Judge Martin's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations. The Court **ACCEPTS** Ruiz-Medina's plea of guilty, and **FINDS** Ruiz-Medina guilty of the offense charged in Count 1 of the Superseding Indictment, in violation of 18 U.S.C. § 1326(b)(1).

**SO ORDERED.**

ENTERED: February 2, 2015

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT